In the Matter of the Application of CHARLES CANCRO and MARIA CANCRO, His Wife, for Payment of Award Made for Damage Parcel No. 5 in the Proceedings to Acquire Title to Certain Lands and Premises Located in Stebbin Avenue and Intervale Avenue Duly Selected as a Site for School Purposes.— Reference ordered to Hon. Charles L. Guy, official referee. Settle order on notice. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

WALTER GRAY PARSONS and Others v. CONSUMERS LAND Co., INC., and Others. WALTER GRAY PARSONS and Others v. DWELLERS BUILDING CORPORATION.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

CHARLES ANASTOS, Doing Business, etc., v. WIL-LOW CAFETERIAS, INC.— Motion granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

HOTEL PARK CENTRAL, INC., v. L. BARTH & Co., INC.— Motion granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

RUSSO & CRISCI, INC., v. ILARIONE SAMARELLI, Doing Business, etc.— Motion granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of the Application of SAMUEL SILVER for Admission to the Bar.— Application denied. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

LAWYERS MORTGAGE COMPANY v. BROADWAY-196TH STREET CORPORATION and Others. RUTH J. DAVIS.— Motion granted upon condition that appellant file a surety company undertaking in the sum of $50,000 to pay any deficiency that may result on a resale of the property. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

JOHN H. BALLARD v. GIMBEL BROTHERS, INC.— Motion granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

CASIMIR I. STRALEM and Others v. BEN F. LEVIS.— Motion denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of SIMEON T. FLANAGAN, an Attorney.— Reference ordered to Hon. Charles L. Guy, official referee. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

NATIONAL SECURITY BANK OF PHILADELPHIA, Appellant, v. ORELITE Co., INC., Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

ENDWEST REALTY CORPORATION, for Itself and on Behalf of Other Creditors of the CHATSWORTH GARAGE, INC., Similarly Situated, Respondent, v. MARTIN MONTGOMERY MAZE and Others, Appellants, Impleaded with Others.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

PAULINE WOLLHEIM PIEPER, Respondent, v. MICHAEL J. KENNEDY and ELIZABETH KENNEDY, Appellants.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.; Dowling, P. J., and McAvoy, J., dissent.